THE BEAUTY SPRING WATER COMPANY OF LYONS FALLS, Appellant, *v.* THE VILLAGE OF LYONS FALLS, Respondent.

*Beauty Spring Water Co. of Lyons Falls* v. *Village of Lyons Falls,* 149 App. Div. 418, affirmed.
(Argued February 6, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 24, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from enforcing certain taxes levied against the property of plaintiff.

*C. S. Mereness* for appellant.

*Harry W. Cox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.